IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| East Richland County Public Service District,<br><br>Plaintiff,<br><br>vs.<br><br>Siemens Industry, Inc., Evoqua Water<br>Technologies LLC, formerly known as Siemens<br>Water Technologies LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**EXHIBIT A**

**EXHIBIT AND WITNESS LIST**

Case No. 3:13-cv-02159-CMC

| PRESIDING JUDGE<br>Honorable Cameron<br>McGowan Currie | PLAINTIFFS' ATTORNEY<br>Edwin Russell Jeter<br>Scott A. Elliott | DEFENDANT'S ATTORNEY<br>Richard H. Willis<br>Ralph A. Finizio<br>Robert A. Gallagher |
|---|---|---|
| TRIAL DATE<br>December 7-18, 2015 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND<br>BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | EXPECT TO PRESENT<br>John T. Novak<br>Virginia Polytechnic<br>  Institute and State University<br>200 Patton Hall<br>Blacksburg, VA 24061<br>540-231-6132 |
| | | | | | | **WITHDRAWN Per Ruling on<br>Motion in Limine**<br>Timothy Van Noy<br>EisnerAmper LLP<br>PO Box 458<br>Jenkintown, PA 19046<br>215-881-8800 |
| | | | | | | EXPECT TO PRESENT<br>Marc Roehl<br>Evoqua Water Technologies LLC<br>2607 N. Grandview Boulevard<br>Suite 130<br>Waukesha, WI 53189 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | (262) 547-0141 |
| | | | | | | EXPECT TO PRESENT<br>Jamey Steffen<br>Evoqua Water Technologies LLC<br>2607 N. Grandview Boulevard<br>Suite 130<br>Waukesha, WI 53189<br>(262) 547-0141 |
| | | | | | | EXPECT TO PRESENT<br>Tim Lindemann<br>Evoqua Water Technologies LLC<br>2607 N. Grandview Boulevard<br>Suite 130<br>Waukesha, WI 53189<br>(262) 547-0141 |
| | | | | | | EXPECT TO PRESENT<br>Doug Wilson<br>Heyward Inc.<br>2101-A Cambridge Beltway Drive<br>Charlotte, NC 28273<br>(704) 583-2305 |
| | | | | | | MAY CALL<br>J. Edward Schooler<br>East Richland County Public Service District<br>704 Ross Rd<br>Columbia, SC 29223<br>(803) 419-6007 |
| | | | | | | MAY CALL<br>Larry Brazell<br>East Richland County Public Service District<br>704 Ross Rd<br>Columbia, SC 29223<br>(803) 788-1570 |
| | | | | | | MAY CALL<br>Joe Parsons<br>Formerly of East Richland County PSD<br>1114 Woodlawn Drive<br>Camden, SC 29020<br>Phone number unknown |
| | | | | | | MAY CALL<br>Tom Thain<br>BP Barber |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | P.O. Box 1116 Columbia, SC 29202 (843) 767-4602 |
| | | | | | | MAY CALL Robert Tillman East Richland County Public Service District 704 Ross Rd Columbia, SC 29223 (803) 788-1570 |
| | | | | | | MAY CALL Records Custodian South Carolina Department of Healt and Environmental Control Bureau of Water 2600 Bull Street Columbia, SC 29201 (803) 898-3432 |
| | D015 | | | | 015 HEY003902-HEY003909 | EXPECT TO OFFER Email from Doug Wilson to Tom Thain dated 4/27/2007. Subject: ERCPSD-Gills Creek WWTP-BPB-Thamer Construction-Envirex #41642-Cannibal |
| | D016 | | | | 016 EVOQ009254-EVOQ009270 | EXPECT TO OFFER Thamer Construction Inc. Purchase Order Number 101-M-4133. Agreement between U.S. Filter/Envirex Products and Thamer Construction dated 12/23/2004. |
| | D017 | | | | 017 EVOQ007069-EVOQ007080 | EXPECT TO OFFER Signed Process Performance Warranty dated 6/15/07 |
| | D030 | | | | 030 | EXPECT TO OFFER Excerpt from the 9/22/2008 revisions to the operations and maintenance manual. |
| | D042 | | | | 042 EVOQ005004-EVOQ005005 | EXPECT TO OFFER Email from James Steffen to Betty-Ann Curtis; Michael Doyle; Timothy Lindemann; Sergio Pino Jelcic; Marc Roehl; George Smith; Bryce Vandenboom and Michael Whitier dated 8/15/2007. Subject: |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | Gills Creek Update 8-15-07-internal |
| | D047 | | | | 047 EVOQ019273-EVOQ019275 | EXPECT TO OFFER Email from Tom Thain to James Steffen dated 2/5/08. Subject: RE: Gills Creek. |
| | D053 | | | | 053 EVOQ005449 | EXPECT TO OFFER Email from James Steffen to Seth Hayek dated 10/29/2008. Subject: FW: Gills Creek Spredsheet |
| | D053 | | | | 053a EVOQ005450_001 - EVOQ005450_060 | EXPECT TO OFFER Gillscreek Spreadsheet '08.xls attached to email from James Steffen to Seth Hayek dated 10/29/2008. |
| | D055 | | | | 055 EVOQ007428-EVOQ007430 | EXPECT TO OFFER Email from Doug Wilson to Tom Thain dated 11/10/2008. Subject: Gills Creek status letter for district meeting Mon, November 10 |
| | D056 | | | | 056 EVOQ006994-EVOQ006997 | EXPECT TO OFFER Email from James Steffen to Doug Wilson dated 11/13/2008. Subject: RE: Gills Creek Aeration |
| | D061 | | | | 061 EVOQ005919-EVOQ005920 | EXPECT TO OFFER Email from James Steffen to Doug Wilson dated 12/1/2008. Subject: RE: Updated letter to District on Cannibal Process. |
| | D062 | | | | 062 RCPSD00460-RCPSD00461 | EXPECT TO OFFER Gills Creek Warranty District status letter to William Long from Jamey Steffen dated 12/1/2008. Re: Gills Creek WWTP; BP Barber; Siemens Cannibal Process. |
| | D063 | | | | 063 EVOQ005547-EVOQ005549 | EXPECT TO OFFER Email from James Steffen to Doug Wilson dated 7/7/2008. Subject: Process Performance letter to Gills Creek-Year 1 |
| | D064 | | | | 064 EVOQ004917 | EXPECT TO OFFER Email from Timothy Lindemann to James Steffen dated 12/4/2008. Subject: gills creek lanfill records. |
| | D064 | | | | 064a | EXPECT TO OFFER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | EVOQ004918-19 | GillCreekLandfillSludge.xls attachment to email from Timothy Lindemann to James Steffen dated 12/4/2008. |
| | D085 | | | | 085 RCPSD00459 | EXPECT TO OFFER Letter to James Steffen from William Long dated 8/26/2009. RE: Gills Creek WWTP; Siemens Cannibal Process. |
| | D088 | | | | 088 RCPSD00457-RCPSD00458 | EXPECT TO OFFER Letter to William Long from Jamey Steffen dated 9/14/2009. Re: Gills Creek WWTP; Siemens Cannibal Process |
| | D094 | | | | 094 HEY000280 | EXPECT TO OFFER Email from Tom Thain to Doug Wilson dated 11/11/2009. Subject: ERCPSD-Gills Creek Cannibal. |
| | D110 | | | | 110 RCPSD00441-RCPSD00463 | EXPECT TO OFFER Agenda- East Richland County-Gills Creek WWTP Cannibal Process Discussion dated 1/20/2010 and Process Performance Warranty. |
| | D113 | | | | 113 EVOQ018794 | EXPECT TO OFFER Email from Doug Wilson to James Steffen datesd1/27/2010. Subject: FW: Emailing Electric power bills.xls |
| | D113 | | | | 113a EVOQ018795_001 - EVOQ018795_002 | EXPECT TO OFFER Electric power bills.xls. Attachment to email from Doug Wilson to James Steffen dated 1/27/2010. |
| | D114 | | | | 114 EVOQ000788-EVOQ000789 | EXPECT TO OFFER Meeting Summary Gills Creek WWTP status and performance 1/20/2010. |
| | D115 | | | | 115 | EXPECT TO OFFER Gills Creek Cost Savings Estimate and Phosphorus Analysis Report, Exhibit B dated 4/1/2010. |
| | D118 | | | | 118 EVOQ003265 | EXPECT TO OFFER Trip Report: North and South Carolina Date: Jan 19-20 |

5

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | D136 | | | | 136 EVOQ017414- EVOQ017421 | EXPECT TO OFFER Gills Creek Cost Savings Estimate and Phosphorus Analysis Report, Exhibit C dated March 2012. |
| | D139 | | | | 139 RCPSD00379- RCPSD00380 | EXPECT TO OFFER Letter to James Steffen from Larry Brazell dated 8/16/2012. RE: East Richland County Public Service District; Cannibal Solids Reduction Processes; Process Performance Warranty. |
| | D146 | | | | 146 RCPSD00377- RCPSD00378 | EXPECT TO OFFER Letter to Larry Brazell from Malcolm Kinnaird and Jeffrey Tannenbaum dated 9/20/2012. RE: Cannibal Solids Reduction System. |
| | D169 | | | | 169 EVOQ005162 | EXPECT TO OFFER Email from James Steffen to Marc Roehl; Michale Doyle and George Smith dated 1/9/2009. Subject: FW: Gills Creek status update. |
| | D173 | | | | 173 EVOQ020667- EVOQ020668 | EXPECT TO OFFER Conference call minutes from June 12, 2009 |
| | D174 | | | | 174 EVOQ016051- EVOQ016052 | EXPECT TO OFFER Email from James Steffen to Marc Roehl and Timothy Lindemann dated 8/9/2010. Subject: RE: Gills Creek re-start |
| | D251 | | | | 251 | EXPECT TO OFFER Amended complaint. |
| | D255 | | | | 255 ER8957-ER8958 | EXPECT TO OFFER Report Presented to the Board August 10, 2004; East Richland County Public Service Commission; Gills Creek Wastewater Treatment Plant Expansion; Status of Improvements. |
| | D257 | | | | 257 RCPSD00408- BPB00435 | EXPECT TO OFFER Email from Tom Thain to Bill Long dated 9/3/2004. Subject Gills Creek Cannibal; attaching Financial options.xls. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
|  | D260 |  |  |  | 260<br>BPB000271-<br>BPB000286 | EXPECT TO OFFER<br>Email from Tom Thain to Sam Howell dated 9/20/2004. Subject: East Richland County PSD with attachment Sludge Reduction Technology.ppt |
|  | D266 |  |  |  | 266<br>ER5564 | EXPECT TO OFFER<br>Memo from William Long to All Commissioners dated 10/5/2004. RE: Cannibal Process. CC: Tom Thain and Joe Parsons. |
|  | D268 |  |  |  | 268<br>HEY004367-<br>HEY004374<br>HEY004375_001-<br>HEY004375_004<br>HEY004376<br>HEY004377_001-<br>HEY004377_002 | EXPECT TO OFFER<br>Email from Doug Wilson to Tom Thain dated 10/27/2004. Subject: Gills Creek Proposal with attachments: Cover Letter.doc; Section 1-Process Description.doc; Section 2-Gills Creek WWTP Scope of Work.doc; Section 2-Gills Creek Equipment List.xls; Section 2-Project Scope.doc; 0100_PFD_VLR (Gills Creek, SC).dwg. |
|  | D274 |  |  |  | 274<br>HEY003829<br>HEY003830_001-<br>HEY003830_007 | EXPECT TO OFFER<br>Email from Doug Wilson to Tom Thain dated 12/15/2004. Subject: Gills Creek P addition and purge calcs with attachment Gills Creek P removal and purge rate.xls. |
|  | D275 |  |  |  | 275<br>BPB000476<br>BPB000477_001-<br>BPB000477_002 | EXPECT TO OFFER<br>Email from Doug Wilson to Tom Thain dated 12/19/2004. Subject: Gills Creek-Cannibal-Revised Savings Estimate with attachment Savings Table 16 MGD 12-17-04.xls. Projected saving not printed-no values entered. |
|  | D276 |  |  |  | 276<br>EVOQ004582_001-<br>EVOQ004582_002<br>EVOQ004582 | EXPECT TO OFFER<br>Savings Table 16 MGD 12-17-04.xls. |
|  | D278 |  |  |  | 278<br>BPB000449-<br>BPB000475 | EXPECT TO OFFER<br>Email from Doug Wilson to Tom Thain dated 12/22/2004. Subject: |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | Gills Creek-BPB-Thamer-Envirex Cannibal Proposal with attachment proposal pdf 12-22-04.pdf. |
| | D280 | | | | 280 ER8547-ER8549 | EXPECT TO OFFER Meeting minutes-East Richland County Public Service District MINUTES January 11, 2005 Meeting. |
| | D286 | | | | 286 | EXPECT TO OFFER Schematic prepared for trial to illustrate rudimentary flow through the activated sludge and cannibal systems. Process flow diagram. |
| | D288 | | | | 288 | EXPECT TO OFFER Operations Notes for weeks 7/30/07-4/7/08 |
| | D290 | | | | 290 HEY009646-HEY009675 | EXPECT TO OFFER Service Manuals-Final Manuals Equipment mailed 1/16/2006 |
| | D300 | | | | 300 HEY000231 | EXPECT TO OFFER Email from Tom Thain to Doug Wilson dated 1/10/2007. Subject: Gills Creek Cannibal. |
| | D307 | | | | 307 EVOQ020703-EVOQ020755 | EXPECT TO OFFER Email from Timothy Lindemann to Joe Parsons dated 7/2/2007. Subject: Training with attachment Gills Creek Cannibal Training 7-9-07.pdf. |
| | D308 | | | | 308 EVOQ010813-EVOQ010819 EVOQ010820_001-EVOQ010820_002 EVOQ010821-EVOQ010834 | EXPECT TO OFFER Email from Doug Wilson to Joe Parsons; Tom Thain and Hank Merrill dated 7/10/2007. Subject: ERCPSD-Gills Creek WWTP-BPB-Thamer- EXPECT TO OFFER Envirex with attachments Process Warranty Signed.pdf; Gills Creek Action Item List 070507 Rev 2.xls; Gills Creek Letter Doug Wilson Revision 070507 RGS Edit.doc; Gills Creek Meeting 4/26/07.doc. |
| | D309 | | | | 309 EVOQ010467- | EXPECT TO OFFER Email from Timothy Lindemann |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | EVOQ010468 | to Marc Roehl; Robert Spuhler; James Steffen; Sergio pino Jelcic; George Smith; Betty-Ann Curtis and Michael Doyle dated 7/13/2007. Subject: Gills Creek Trip Report July 8th-July 13th. |
| | D313 | | | | 313 EVOQ007505 | EXPECT TO OFFER Email from Cathy O'Dell on behalf of Doug Wilson to James Steffen dated 10/11/2007. Subject: Gills Creek Cannibal. |
| | D315 | | | | 315 EVOQ006210-EVOQ006215 | EXPECT TO OFFER Email from James Steffen to Marc Roehl dated 2/22/2008. Subject: FW: Gills Creek WWTP-Improvement Plan with attachments Gills Creek Improvement Plan 2-17-2008.doc and gills creek Verticel operation.pdf |
| | D316 | | | | 316 EVOQ005499-EVOQ005501 | EXPECT TO OFFER Email from James Steffen to Marc Roehl dated 5/13/2008. Subject: RE: Gills Creek WWTP Process Sequence Changes. |
| | D317 | | | | 317 EVOQ015206-EVOQ015207 | EXPECT TO OFFER Email from James Steffen to Michael Doyle dated 7/30/2008. Subject: RE: Columbus, IN-Orbal/Cannibal with CH2M-Hill design review. |
| | D318 | | | | 318 HEY005621-HEY005624 | EXPECT TO OFFER Email from Doug Wilson to Jamey Steffen dated 8/14/2008. Subject: FW: Gills Creek Wrap-up. |
| | D321 | | | | 321 EVOQ016418-EVOQ016433 | EXPECT TO OFFER Email from Doug Wilson to Bill Long dated 7/31/2007. Subject: ERCPSD-Gills Creek WWTP-BPB-Thamer Construction-Envirex #41642-Cannibal with attachments Process Warranty Signed.pdf; Certificate of Biological Solids Wasting.doc; Performance warranty period 7- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | 30-07.pdf |
| | D322 | | | | 322<br>EVOQ002578_001 - EVOQ002578_081 | EXPECT TO OFFER<br>Gills Creek DATA SHEET, 2005-present.xls |
| | D323 | | | | 323<br>EVOQ000584;<br>EVOQ003105;<br>EVOQ003672;<br>EVOQ000057;<br>EVOQ001273;<br>EVOQ002902;<br>EVOQ000016;<br>EVOQ002635;<br>EVOQ003250;<br>EVOQ003542;<br>EVOQ003253;<br>EVOQ001098;<br>EVOQ000344;<br>EVOQ002260;<br>EVOQ001881;<br>EVOQ000535 | EXPECT TO OFFER<br>Waste Sludge Report log sheets |
| | D324 | | | | 324<br>EVOQ000628;<br>EVOQ001922;<br>EVOQ000813;<br>EVOQ002276;<br>EVOQ002824;<br>EVOQ001905;<br>EVOQ003109;<br>EVOQ003753;<br>EVOQ000106;<br>EVOQ003251;<br>EVOQ003721;<br>EVOQ002611;<br>EVOQ000748;<br>EVOQ002284;<br>EVOQ003695;<br>EVOQ001163 | EXPECT TO OFFER<br>Log for Solids Sampling |
| | D326 | | | | 326 | EXPECT TO OFFER<br>Plaintiff's Amended and Supplemental Answers to Defendant's Third Set of Written Discovery Requests to Plaintiff. |
| | D330 | | | | 330 | EXPECT TO OFFER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | HEY005864-HEY005865 | Email from Doug Wilson to James Steffen dated 10/16/2008. Subject: RE: ERCPSD-Gills Creek WWTP-BPB-Cannibal. |
| | D332 | | | | 332 EVOQ000267_001 - EVOQ000267_061 | EXPECT TO OFFER GillsCreek Landfill Sludge 2006-present.xls |
| | D333 | | | | 333 EVOQ003612_001 - EVOQ003612_129 | EXPECT TO OFFER Gills Creek DATA SHEET, 2005-present.xls. |
| | D336 | | | | 336 EVOQ007022-EVOQ007029 | EXPECT TO OFFER Email from Doug Wilson to James Steffen dated 2/12/2009. Subject: RE: Gills Creek with attachment (EVOQ007026) RE: Gills Creek. |
| | D345 | | | | 345 EVOQ017766-EVOQ017767 | EXPECT TO OFFER Email from James Steffen to Betty-Ann Curtis; Michael Doyle; Seth Hayek; Timothy Lindemann; Sergio Pino Jelcic; Marc Roehl; George Smith; Bryce Vandenboom and Michael Whittier dated 6/4/2009. Subject: Trip Report-Gills Creek and Thomasville. |
| | D348 | | | | 348 EVOQ017788-EVOQ017789 | EXPECT TO OFFER Email from James Steffen to Betty-Ann Curtis; Michael Doyle; Seth Hayek; Timothy Lindemann; Sergio Pino Jelcic; Marc Roehl; George Smith; Bryce Vandenboom and Michael Whittier dated 1/22/2010. Subject: Trip report: Gills Creek and holly springs with attachment gills creek trip report jan2010.doc. |
| | D349 | | | | 349 BPB000176-BPB000177 | EXPECT TO OFFER Email from Doug Wilson to Bill Long; Joe Parsons and Tom Thain dated 1/27/2010. Subject: ERCPSD-Gills Creek WWTP-BPB-Siemens-Cannibal Review Meeting 1/20/10. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | D351 | | | | 351<br>HEY004493-HEY004495 | EXPECT TO OFFER<br>Email from Doug Wilson to Tom Thain dated 2/9/2010. Subject: FW: Emailing: Cannibal Notes..docx with attachment Cannibal Notes..docx |
| | D352 | | | | 352<br>ER0074-ER0075 | EXPECT TO OFFER<br>East Richland County Public Service District "Minutes" February 9, 2010 Meeting |
| | D353 | | | | 353<br>ER12689-ER12691 | EXPECT TO OFFER<br>East Richland County Public Service District Agenda 2/9/2010 |
| | D354 | | | | 354<br>ER12725-ER12726 | EXPECT TO OFFER<br>Report to the Board of East Richland County Public Service District dated 3/9/2010 and Gills Creek Waste Water Treatment Plant Monthly Report dated 7/13/2010. |
| | D362 | | | | 362<br>EVOQ016051-EVOQ016052 | EXPECT TO OFFER<br>Email from James Steffen to Marc Roehl and Timothy Lindemann dated 8/9/2010. Subject: RE: Gills Creek re-start |
| | D379 | | | | 379<br>ER0191 | EXPECT TO OFFER<br>Sludge production spreadsheet January 2010-January 2014-Yield calculations |
| | D380 | | | | 380<br>RCPSD00374-RCPSD00375 | EXPECT TO OFFER<br>Letter to Malcolm Kinnaird and Jeffrey Tannenbaum from Scott Elliott dated 4/1/2013. RE: East Richland County Public Service District Cannibal Solids Reduction Processes |
| | D383 | | | | 383<br>EVOQ003676 | EXPECT TO OFFER<br>Photo showing aeration-5/3/2006-DSCF0756.jpg |
| | D386 | | | | 386<br>EVOQ019147-EVOQ019148 | EXPECT TO OFFER<br>Email from Timothy Lindemann from James Steffen dated 11/5/2009. Subject: Gills Creek Savings Summary with attachment 20091105131347896.pdf |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | D387 | | | | 387 HEY003198-HEY003200 | EXPECT TO OFFER Email from Doug Wilson to Tom Thain dated 12/7/2009. Subject: Cannibal Process Savings Calculations for Gills Creek with attachment Gills Creek Cannibal process savings.doc |
| | D389 | | | | 389 EVOQ016720-EVOQ016730 | EXPECT TO OFFER Email from James Steffen to Doug Wilson dated 11/17/2011. Subject: FW: Gills Creek Numbers with attachment Gills Creek Cannibal P & savings analysis 11-2011.doc |
| | D391 | | | | 391 | EXPECT TO OFFER ERCPSD Sludge Yields 07-08-09.xls Schooler's calculations |
| | D392 | | | | 392 RCPSD01336-RCPSD01337 | EXPECT TO OFFER Lee County Leachate Totals January 2013-November 2014 |
| | D396 | | | | 396 | EXPECT TO OFFER Plaintiff's Second Amended and Supplemental Answers to Defendant's Third Set of Written Discovery Requests to Plaintiff |
| | D400 | | | | 400 | EXPECT TO OFFER Interchange Reactor Calculations 12/6/2007-7/31/09 and daily log sheets |
| | D409 | | | | 409 | EXPECT TO OFFER Excel spreadsheet containing sludge yields |
| | D410 | | | | 410 | EXPECT TO OFFER Excel spreadsheet containing ERCPSD sludge yields 2010-2014 |
| | D438 | | | | N/A EVOQ020210 | EXPECT TO OFFER Email from Cathy O'Dell on behalf of Doug Wilson to Tom Thain and Joe Parsons sent on 10/9/2007; Subject: ERCPSD-Gills Creek WWTP-Influent Sampler |
| | D440 | | | | N/A SCDHEC000717-SCDHEC000723 | EXPECT TO OFFER Compliance Evaluation Inspection citing discrepancies with reporting values for TSS and Total Phosphorus. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | D441 | | | | N/A SCDHEC000608-SCDHEC000615 | EXPECT TO OFFER Compliance Evaluation Inspection citing deficiencies in the O&M manual and laboratory equipment and issues with the flow measurement equipment. |
| | D442 | | | | N/A SCDHEC000664 | EXPECT TO OFFER Notice of Violation finding violation of monitoring and reporting requirements due to failure to obtain BOD and UOD sample results. |
| | D443 | | | | N/A SCDHEC000640 | EXPECT TO OFFER Warning Letter returning East Richland's January 2008 Discharge Monitoring Report due to "FREQUENCY OF ANALYSIS MISSING" and "TOX TEST F[O]RM MISSING/INCORRECT." |
| | D444 | | | | N/A SCDHEC000586 | EXPECT TO OFFER Notice of Violation finding violation of monitoring and reporting requirements due to failure to report BOD, TSS, UOD, ammonia, and chronic toxicity. |
| | D445 | | | | N/A SCDHEC000549 | EXPECT TO OFFER Notice of Violation finding violation of monitoring and reporting requirements due to failure to obtain valid BOD, TSS, UOD, and ammonia samples. |
| | D446 | | | | N/A SCDHEC000547 | EXPECT TO OFFER Notice of Violation finding violation of monitoring and reporting requirements due to failure to conduct required sampling and analysis of BOD, TSS, UOD, ammonia, fecal coliform, and residual chlorine. |
| | D447 | | | | N/A SCDHEC000482 | EXPECT TO OFFER Notice of Violation finding violation of monitoring and reporting requirements due to failure to collect adequate samples |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | for BOD, TSS, UOD, and ammonia due to "composite sampler failure." |
| | D448 | | | | N/A SCDHEC000431 | EXPECT TO OFFER Notice of Violation finding violation of monitoring and reporting requirements due to failure to obtain required samples of BOD, TSS, UOD, and ammonia. |
| | D449 | | | | N/A SCDHEC000429 | EXPECT TO OFFER Notice of Violation finding violation of monitoring and reporting requirements due to failure to obtain required fecal coliform samples due to "laboratory error." |
| | D450 | | | | N/A SCDHEC000014 | EXPECT TO OFFER Notice of Violation finding violation of monitoring and reporting requirements due to failure to conduct monitoring of BOD and UOD at required frequency of analysis. |
| | D451 | | | | N/A SCDHEC000013 | EXPECT TO OFFER Notice of Violation finding violation of monitoring and reporting requirements due to failure to conduct monitoring of BOD and UOD at required frequency of analysis during January, February, or March 2014. |
| | D452 | | | | N/A | EXPECT TO OFFER Plaintiff's Answers to Siemens Industry Inc. and Siemens Water Technologies LLC's First Set of Interrogatories |
| | D455 | | | | N/A | EXPECT TO OFFER Plaintiff's Third Amended and Supplemental Answers to Defendants' Third Set of Written Discovery |
| | D463 | | | | N/A EVOQ001469-EVOQ001479 | EXPECT TO OFFER Performance Warranty |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | D040 | | | | 040 EVOQ007701 | MAY OFFER Email from Timothy Lindemann to James Steffen dated 4/16/2007. Attaching gills creek.xls |
| | D040 | | | | 040a EVOQ007702_001 - EVOQ007702_008 | MAY OFFER Excel spreadsheet gills creek.xls attached to email from Timothy Lindemann to James Steffen dated 4/16/2007. |
| | D044 | | | | 044 EVOQ005152 - EVOQ005153 | MAY OFFER Email from James Steffen to Betty-Ann Curtis; Michael Doyle; Timothy Lindemann; Sergio Pino Jelcic; Marc Roehl; George Smith; Bryce Vandenboom and Michael Whittier dated 9/3/2007. Subject: Trip Report; Gills Creek WWTP; August 27-31 |
| | D096 | | | | 096 EVOQ020423 - EVOQ020425 | MAY OFFER Email from Doug Wilson to Tom Thain dated 12/7/2009. Subject: RE: Gills Creek WWTP - Siemens Cannibal Solids Reduction Process. |
| | D112 | | | | 112 RCPSD00439 - RCPSD00440 | MAY OFFER Summary of meeting with Siemens Water Technologies on Cannibal Performance. Meeting date 1/20/2010. |
| | D116 | | | | 116 EVOQ003236 - EVOQ003237 | MAY OFFER Meeting Summary Gills Creek WWTP status and performance 7/7/2010. |
| | D133 | | | | 133 EVOQ016744 - EVOQ016745 | MAY OFFER Email from James Steffen to Doug Wilson dated 11/18/2011. Subject: Gills Creek Numbers. |
| | D160 | | | | 160 HEY001003 - HEY001004 | MAY OFFER Email from James Steffen to Doug Wilson dated 2/21/2007. Subject: RE: Status/Trip Report: Gills Creek, SC February 16, 2007. |
| | D161 | | | | 161 EVOQ000060 | MAY OFFER Interchange Start-UP 3-7-07.doc. Cannibal Solids Reduction Process |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | - Interchange Sequence of Operations Gills Creek, SC WWTP. |
| | D162 | | | | 162 HEY000829 - HEY000831 | MAY OFFER Email from James Steffen to Tom Thain dated 6/11/2007. Subject: RE: Gills Creek Status Update/Process Changes; 5-18-07. |
| | D163 | | | | 163 EVOQ008186 - EVOQ008187 | MAY OFFER Email from Timothy Lindemann to Marc Roehl; Michael Doyle; Betty-Ann Curtis; James Steffen; Sergio Pino Jelcic and George Smith dated 6/18/2007. Subject: Gills Creek Trip Report |
| | D164 | | | | 164 EVOQ004995 - EVOQ004997 | MAY OFFER Email from Timothy Lindemann to James Steffen; Robert Spuhler; Sergio Pino Jelcic; Marc Roehl; Betty-Ann Curtis; George Smith; Michael Doyle; Stephen Zick and Thomas Larsen dated 10/29/2007. Subject: South Carolina Trip Report October 23-26. |
| | D168 | | | | 168 EVOQ005270 - EVOQ005271 | MAY OFFER Email from James Steffen to Marc Roehl dated 9/2/2008. Subject: RE: Gills Creek status update through August. |
| | D172 | | | | 172 EVOQ001898 - EVOQ001899 | MAY OFFER Conference call minutes dated 4/9/2009 |
| | D194 | | | | 194 EVOQ001084 - EVOQ001085 | MAY OFFER Trip Report/Status Update: Gills Creek, SC dated 3/30/07. Authored by Jamey Steffen. |
| | D195 | | | | 195 EVOQ007687 - EVOQ007689 | MAY OFFER Email from Tom Thain to James Steffen dated 5/14/2007. Subject: RE: Gills Creek Status - 5-14-07. |
| | D252 | | | | 252 | MAY OFFER Aerial photo of Gills Creek plant |
| | D258 | | | | 258 ER0066 - ER0067 | MAY OFFER East Richland County Public Service District "Minutes" |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | September 16, 2004 Meeting. |
| | D261 | | | | 261 BPB000242 | MAY OFFER BP Barber report to East Richland Board |
| | D265 | | | | 265 ER8610 | MAY OFFER Tom Thain meeting notes dated 9/28/2004 |
| | D279 | | | | 279 HEY003825 | MAY OFFER Email from Doug Wilson to Tom Thain dated 12/22/2004. Subject: Gills Creek Proposal and Warranty. |
| | D281 | | | | 281 HEY000206 - HEY000212 | MAY OFFER Email from Tom Thain to Doug Wilson dated 12/1/2005. Subject: FW: 04265 Per text ---avg at 4 ---.doc with attachment 04265 Per text ---avg at 4 ---.doc |
| | D282 | | | | 282 EVOQ014104 - EVOQ014107 | MAY OFFER Email from Doug Wilson to Betty-Ann Curtis and John Sheridan dated 3/6/2006. Subject: FW: Gills Creek Wasterwater Treatment Facility - Abstract for WEFTEC with attachment Gills Creek Wasterwater Treatment Facility.doc |
| | D287 | | | | 287 | MAY OFFER ERCPSD Chain of Custody field log. |
| | D291 | | | | 291 HEY003601 - HEY003604 | MAY OFFER Email from Doug Wilson to Tom Thain dated 2/7/2006. Subject: FW: Gills Creek with attachment GillsCreekstartup.doc |
| | D292 | | | | 292 EVOQ007769 | MAY OFFER Email from Timothy Lindemann to James Steffen dated 8/28/2006. Subject: Gills Creek Screens |
| | D293 | | | | 293 EVOQ008284 - EVOQ008286 | MAY OFFER Email from James Steffen to Doug Wilson dated 9/8/2006. Subject: Gills Creek Start-up Summary Week of September 5. |
| | D295 | | | | 295 | MAY OFFER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | HEY010266 - HEY010267 | Email from Doug Wilson to Joe Parsons; Tom Thain and Hank Merrill dated 10/20/2006. Subject: RE: ERCPSD - Gills Creek WWTP - BPB - Thamer Construction - Envirex #40609 & #41642 |
| | D297 | | | | 297 HEY003889 - HEY003890 | MAY OFFER Email from Doug Wilson to Tom Thain dated 11/12/2006. Subject: FW: Gills Creek Cannibal Process Start-up plan Executive Summary with attachment Gills Creek Start-Up.doc. |
| | D298 | | | | 298 EVOQ001048 | MAY OFFER Gills Creek, SC Update November 13, 2006 |
| | D299 | | | | 299 EVOQ012262 - EVOQ012263 | MAY OFFER Email from James Steffen to Doug Wilson dated 12/8/2006. Subject: RE: ERCPSD - Gills Creek WWTP - BPB - Thamer Construction - Envirex #40609 & #41642 |
| | D302 | | | | 302 HEY001007 - HEY001008 | MAY OFFER Email from James Steffen to Doug Wilson and Tom Thain dated 3/7/2007. Subject: Interchange Start-Up procedure at Gills Creek, WWTP with attachment Interchange Start-UP 3-7-07.doc |
| | D310 | | | | 310 HEY003963 - HEY003964 | MAY OFFER Email from Doug Wilson to Tom Thain dated 7/30/2007. Subject: RE: Start-UP of Cannibal Process Warranty Period. |
| | D312 | | | | 312 EVOQ008008 - EVOQ008012 | MAY OFFER Email from Doug Wilson to Tom Thain; Nate Cecil and Hank Merrill dated 9/30/2007. Subject: Gills Creek Cannibal - BPB - Thamer - Envirex 41042 with attachment Sitrans LU Probe.pdf. |
| | D319 | | | | 319 ER8961 - ER8983 | MAY OFFER Sample Collection, Preservation |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | and Holding Times. Description of standard sampling methods. |
| | D320 | | | | 320 | MAY OFFER Plaintiff's Responses to Defendant's Third Set of Written Discovery Requests to Plaintiff. |
| | D334 | | | | 334 HEY000650 - HEY000651 | MAY OFFER Email from Tom Thain to Doug Wilson dated 2/12/2009. Subject: Gills Creek. |
| | D338 | | | | 338 BPB000591 | MAY OFFER Letter to Joe Parsons and Tom Thain from Jamey Steffen dated 2/20/2009. RE: Gills Creek Plant Status. |
| | D339 | | | | 339 EVOQ020618 - EVOQ020622 | MAY OFFER Email from Doug Wilson to Joe Parsons and Tom Thain dated 2/26/2009. Subject: Gills Creek conference call agenda and data to discuss with attachments Gills Creek Conf Call Agenda 2-26-09.doc and Gills Creek Data 2-26-09.doc |
| | D340 | | | | 340 HEY004219 | MAY OFFER Email from Doug Wilson to Tom Haselden dated 2/26/2009. Subject: RE: Declined Gills Creek Cannibal Conference Call. |
| | D341 | | | | 341 HEY000465 - HEY000468 | MAY OFFER Email from Tom Thain to James Steffen; Doug Wilson and Joe Parsons dated 3/3/2009. Subject: Emailing GC 2-26-09 Meeting Minutes.doc with attachment GC 2-26-09 Meeting Minutes.doc |
| | D342 | | | | 342 HEY000663 | MAY OFFER Email from Tom Haselden to Doug Wilson dated 3/12/2010. Subject: Re: Meeting Minutes - Gills Creek WWTP - March 11, 2010. |
| | D343 | | | | 343 EVOQ000472 - EVOQ000473 | MAY OFFER Conference Call Minutes March 26, 2009 RE: Gills Creek WWTP, |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | D344 | | | | 344 EVOQ005147 - EVOQ005149 | MAY OFFER Email from James Steffen to Doug Wilson and Tom Thain dated 4/20/2009. Subject: Gills Creek conference Call meeting minutes and trip report with attachment GC 4-9-09 Meeting Minutes.doc |
| | D346 | | | | 346 ER0072 - ER0073 | MAY OFFER East Richland County Public Service District "Minutes" June 29, 2009 Meeting Public Hearing |
| | D347 | | | | 347 HEY000292 - HEY000294 | MAY OFFER Email from Tom Thain to Doug Wilson dated 12/7/2009. Subject: RE: Gills Creek WWTP - Siemens Cannibal Solids Reduction Process. |
| | D361 | | | | 361 EVOQ019538 - EVOQ019540 | MAY OFFER Email from Jamey Steffen to James Steffen dated 6/24/2010. Subject: FW: ERCPSD |
| | D364 | | | | 364 HEY008860 - HEY008861 | MAY OFFER Email from Doug Wilson to Jim Cooper dated 6/7/2011. Subject: Jamey Visit. |
| | D365 | | | | 365 EVOQ016767 - EVOQ016770 | MAY OFFER Email from James Steffen to Timothy Lindemann dated 6/10/2011. Subject: FW: Gills Creek - Cannibal |
| | D367 | | | | 367 EVOQ016748 - EVOQ016751 | MAY OFFER Email from James Steffen to Timothy Lindemann dated 7/7/2011. Subject: FW: Gills Creek Cannibal and VertiCel - HS-2502 with attachment 20110707064751155.pdf |
| | D368 | | | | 368 EVOQ015921 | MAY OFFER Email from Doug Wilson to James Steffen dated 7/15/2011. Subject: RE: Gills Creek Cannibal and VertiCel. |
| | D370 | | | | 370 EVOQ003498; EVOQ003652; | MAY OFFER ERCPSD Logs for Solids Sampling for July 4, 2011 through |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | EVOQ003632 | August 1, 2011 |
| | D372 | | | | 372 HEY000265 - HEY000266 | MAY OFFER Email from Tom Thain to Doug Wilson dated 10/1/2011. Subject: Re: Gills Creek Update. |
| | D375 | | | | 375 ER5554 | MAY OFFER Email from Tom Thain to Bobby Tillman dated 2/9/2012. Subject: Cannibal Process. |
| | D376 | | | | 376 HEY000335 | MAY OFFER Email from Tom Thain to Doug Wilson and Larry Brazell dated 2/14/2012. Subject: ERCPSD - Gills Creek WWTP. |
| | D378 | | | | 378 ER5795 - ER5799 | MAY OFFER Email from Bobby Tillman to Larry Brazell dated 7/27/2012. Subject: Fwd: spreadsheet with attachment ERCPDS_Sludge_Yields.xls |
| | D384 | | | | 384 ER3561 - ER3562 | MAY OFFER Email from Kim Tindal to Jerry Coutant dated 9/17/2007. Subject: Re: A few questions. |
| | D388 | | | | 388 RCPSD00240 - RCPSD00241 | MAY OFFER Cannibal Operating Savings Estimate |
| | D402 | | | | 402 | MAY OFFER Pages 15-20, 247-248 from Thain Draft Transcripts |
| | D403 | | | | 403 ER9585 | MAY OFFER Compare costs for 0.1 and actual annual yield (as calculated by ERCPSD) for the period July 2007 through June 2012 |
| | D405 | | | | 405 | MAY OFFER ERCPSD GillscreekSpreadsheet '12 |
| | D406 | | | | 406 | MAY OFFER ERCPSD GillscreekSpreadsheet '13 |
| | D407 | | | | 407 | MAY OFFER Copy of GillscreekSpreadsheet_'14 |
| | D408 | | | | 408 | MAY OFFER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | Email from Ed Schooler to Scott Eliott dated 5/30/2013. Subject: Sludge Yield with attachment Sludge yields for Aug '07 thru July '08. |
| | D425 | | | | 425 ER12641_001 - ER12641_44 | MAY OFFER Preliminary Engineering Report; Expansion of the Gills Creek Wastewater Treatment Plant; Project No. 99617 |
| | D428 | | | | 428 EVOQ001325_001 - EVOQ001325_076 | MAY OFFER eff phosphorous.xls |
| | D439 | | | | N/A EVOQ005626 | MAY OFFER Email from James Steffen to Marc Roehl dated 1/23/2008; Subject: RE:Gills Creek Items |
| | D453 | | | | N/A | MAY OFFER Plaintiff's Responses to Siemens Industry Inc. and Siemens Water Technologies LLC's First Set of Requests for Production |
| | D454 | | | | N/A | MAY OFFER Plaintiff's Answers to Defendants' Second Set of Requests for Production |
| | D456 | | | | N/A | MAY OFFER Plaintiff's Rule 26(a)(1) Initial Disclosures |
| | D457 | | | | N/A | MAY OFFER Plaintiff's Rule 26(a)(1) Initial Disclosures (Supplemental) |
| | D458 | | | | ER14924-ER14933 | MAY OFFER September 21, 2007 Letter from DHEC to William Long. |
| | D459 | | | | ER14934-ER14937 | MAY OFFER July 11, 2007 Letter from DHEC to William Long. |
| | D460 | | | | N/A ER13144 - ER13322 | MAY OFFER Leachate Records |
| | D461 | | | | N/A ER13467 - ER13469 | MAY OFFER Leachate Records |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | D462 | | | | N/A ER13485 - ER13661 | MAY OFFER Leachate Records |
| | D464 | | | | N/A ER11137 - ER11236 | MAY OFFER ERCPSD GillscreekSpreadsheet '10 |
| | D465 | | | | N/A ER11237 - ER11277 | MAY OFFER ERCPSD GillscreekSpreadsheet '11 |
| | D466 | | | | N/A ER11328 - ER11329 | MAY OFFER GillsCreekLandfillSludge_07-10 |
| | D467 | | | | N/A ER11677 - ER12156 | MAY OFFER GillscreekSpreadsheet '08 |
| | D468 | | | | N/A ER12157 - ER12636 | MAY OFFER GillscreekSpreadsheet '09 |
| | D469 | | | | N/A ER12727 - ER12730 | MAY OFFER ERCPSD Executive Director's Monthly Report February 2010 |
| | D470 | | | | N/A ER13130 - ER13143 | MAY OFFER Gills Creek Wastewater Treatment Plant Alum Tank Records |
| | D471 | | | | N/A ER13471 - ER13484 | MAY OFFER Gills Creek Wastewater Treatment Plant Alum Tank Records |
| | D472 | | | | N/A ER13662 | MAY OFFER Gills Creek Wastewater Treatment Plant Alum Tank Records |
| | D473 | | | | N/A ER16057 – ER16067 | MAY OFFER Notice of Alleged Violation/Notice of Enforcement Conference for ERCPSD/Gills Creek WWTF |
| | D474 | | | | N/A ER16139 – ER16158 | MAY OFFER DHEC Correspondence |
| | D475 | | | | N/A ER20189 - ER20326 | MAY OFFER Sludge Production |
| | D476 | | | | N/A ER9278 - ER9377 | MAY OFFER Copy of GillscreekSpreadsheet_'14 |
| | D477 | | | | N/A | MAY OFFER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | ER9378 - ER9379 | Copy of sludge production 2014 (3) |
| | D478 | | | | N/A<br>ER9382 - ER9481 | MAY OFFER<br>ERCPSD GillscreekSpreadsheet '12 |
| | D479 | | | | N/A<br>ER9482 - ER9581 | MAY OFFER<br>ERCPSD GillscreekSpreadsheet '13 |
| | D480 | | | | N/A<br>ER9582 - ER9583 | MAY OFFER<br>ERCPSD SLUDGE PRODUCTION MAY OFFER 2010-2011-12 (2) |
| | D481 | | | | N/A<br>ER9584 | MAY OFFER<br>ERCPSD Sludge Yields 07-08-09 |
| | D482 | | | | N/A<br>ER9588 - ER9625 | MAY OFFER<br>NPDES Permit 1 and NPDES Permit 2 |
| | D483 | | | | N/A<br>ER9626 - ER9629 | MAY OFFER<br>Sludge yields for Aug '07 thru July '08 |
| | D484 | | | | N/A<br>ER8956 | MAY OFFER<br>Meeting Minutes |
| | D485 | | | | N/A<br>ER5566 | MAY OFFER<br>Meeting Minutes |
| | D486 | | | | N/A<br>ER8845-8846 | MAY OFFER<br>Meeting Minutes |
| | D487 | | | | N/A<br>ER5568-5569 | MAY OFFER<br>Meeting Minutes |
| | D488 | | | | N/A<br>ER15097 | MAY OFFER<br>Meeting Minutes |
| | D489 | | | | N/A<br>ER12729, ER12730, ER12725 | MAY OFFER<br>Meeting Minutes |
| | D490 | | | | N/A<br>FEB2010A.mp3 | MAY OFFER<br>Audio file of Meeting |
| | D491 | | | | N/A<br>ER0074-0075, ER12689-12691, ER15083, ER15064, ER15065-15066, ER15067, ER15058, ER15059-15061, ER15062 | MAY OFFER<br>Meeting Minutes |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | D492 | | | | N/A ER15055-15077 | MAY OFFER Meeting Minutes |
| | D493 | | | | N/A ER15054, ER15052-15053 | MAY OFFER Meeting Minutes |
| | D494 | | | | N/A ER15042 | MAY OFFER Meeting Minutes |
| | D495 | | | | N/A ER0068-0069 | MAY OFFER Meeting Minutes |
| | D496 | | | | N/A ER0066-0067, ER15007-15008, ER15002 | MAY OFFER Meeting Minutes |
| | D497 | | | | N/A ER0062-0065 | MAY OFFER Meeting Minutes |
| | D498 | | | | N/A ER8957-8958 | MAY OFFER Meeting Minutes |
| | D499 | | | | N/A ER13663-ER14919, ER14921-ER14923 | MAY OFFER Operations Logs |
| | D500 | | | | | MAY OFFER Hudgens Affidavit |
| | D501 | | | | | MAY OFFER Brazell Affidavit |
| | D502 | | | | N/A | MAY OFFER Tables and figures from J. Novak's expert report |
| | D503 | | | | N/A | **WITHDRAWN Per Ruling on Motion in Limine** Tables, figures, and exhibits from T. VanNoy's expert report |
| | D504 | | | | N/A | MAY OFFER Process Flow Diagram(s) |
| | D505 | | | | N/A | MAY OFFER Summary exhibit pursuant to FRE 1006 summarizing voluminous records regarding interchange frequency (see Exhibit 400) |
| | D506 | | | | N/A | MAY OFFER Summary exhibit pursuant to FRE 1006 summarizing voluminous records regarding drum screen operation (see Exhibit 499) |
| | D507 | | | | N/A | MAY OFFER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DEPOSITION EXHIBIT NO. AND BATES NO. | DESCRIPTION OF WITNESSES/EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | Summary exhibit pursuant to FRE 1006 summarizing voluminous records regarding plant data and yields (see Exhibit 322 & 333) |
| | D508 | | | | N/A | MAY OFFER<br>Various Plant Photos |
| | D509 | | | | N/A | MAY OFFER<br>Summary exhibit pursuant to FRE 1006 summarizing voluminous writings regarding components and operation of Cannibal |
| | D510 | | | | N/A | MAY OFFER<br>Demonstrative exhibit regarding contractual relationships |
| | D511 | | | | N/A | MAY OFFER<br>Demonstrative exhibit regarding key players |
| | D512 | | | | N/A | MAY OFFER<br>Contract between Thamer Construction and East Richland for supply and installation of Cannibal system (awaiting production pursuant to subpoena) |
| | D513 | | | | N/A | MAY OFFER<br>Transcript of East Richland February 2010 Board Meeting |